IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MONTE KALLENBACH,

    Plaintiff,

v.

                                          Case No. 14-cv-761

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO REMAND UNDER SENTENCE FOUR

This matter is before the Court on the parties' joint motion for an order remanding this case for further proceedings. The Court, being advised in the premises, GRANTS the joint motion and REMANDS this case under sentence four of 42 U.S.C. § 405(g).

On remand, an administrative law judge will:

(1) update the evidence of record;

(2) further evaluate Mr. Kallenbach's mental impairments pursuant to the special technique described in 20 C.F.R. § 404.1520a;

(3) reevaluate the opinion evidence, including the opinion of Lynne Hanse (Exhibit 19E);

(4) reassess Mr. Kallenbach's residual functional capacity;

(5) reevaluate Mr. Kallenbach's subjective complaints; and

(6) if the ALJ reaches step five of the sequential evaluation process, obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

It is so ordered.

*Barbara B. Crabb*
HON. BARBARA B. CRABB
United States District Judge

May 19, 2015