IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MONTE KALLENBACH,

    Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.14-cv-761-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that the joint motion for judgment reversing the Commissioner's decision is granted and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

s/V. Olmo, Deputy Clerk      5/27/2015

Peter Oppeneer, Clerk of Court      Date